IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALEXIS GARCIA,
    Plaintiff,

vs.                      Case No.: 3:17cv105/LAC/EMT

FLORIDA DEPARTMENT OF CORRECTIONS
SECRETARY, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 12, 2017 (ECF No. 18). It has been attempted by three mailings without success to furnish a copy of the Report and Recommendation and offering an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Therefore, no objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 15th day of November, 2017.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**